Reversed and Remanded and Opinion filed December 12, 2002









Reversed and Remanded and Opinion filed December 12,
2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00865-CV

____________

 

LAW OFFICES OF LIN & ASSOCIATES,
Appellant

 

V.

 

DONNA MARIE KAMINSKY AND NATIONWIDE
PROPERTY AND CASUALTY INSURANCE COMPANY, Appellees

 



 

On Appeal from the County
Civil Court at Law No. One

Harris County, Texas

Trial
Court Cause No. 765,107

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed July 19, 2001.  

On December 4, 2002, the parties filed an agreed motion to
reverse the judgment and remand the cause to the trial court pursuant to a
settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the judgment is reversed and the cause remanded
to the trial court.

PER CURIAM








Judgment rendered and Opinion
filed December 12, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).